

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA ROBERT TZEC,<br><br>Defendant. | Case No. 2:24-cr-00433-JLS<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On February 10, 2026, Defendant Joshua Robert Tzec made his initial on a petition for revocation of supervised release. The Federal Public Defender's Office, by DFPD Howard Shneider, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Julian Xu. A contested detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☐    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the finding with respect to danger, the Court declines to make any finding with respect to risk of nonappearance.*

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the Petition, which include allegations of a 2024 battery and a 2025 corporal injury on a spouse or cohabitant. While neither of those allegations has—or has yet—resulted in a conviction, the complaining witness in the most recent incident was the individual Judge Staton ordered Mr. Tzec to stay away from. Under those circumstances, the Court does not find that Mr. Tzec has met his burden of showing that his release would not endanger the safety of the community.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: February 10, 2026

_____/s/_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2